**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **ROXI A. GUILLORY** | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-311-JWD-RLB** |
| **COMMISSIONER OF SOCIAL SECURITY** | |

**OPINION**

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated February 5, 2024 (Doc. 25), to which no objection was filed;

**IT IS ORDERED** that the decision of the Administrative Law Judge is AFFIRMED, and that Plaintiff's appeal is DISMISSED with prejudice.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on <u>March 6, 2024</u>.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**